[No. 67747-1-I.   Division One.   December 10, 2012.]

LEE WRIGHT ET AL., *Appellants*, v. THOMAS EGGLESTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 09-2-00972-9, Vickie I. Churchill, J., entered September 12, 2011. *Reversed* and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Appelwick and Verellen, JJ.

[No. 67954-6-I.   Division One.   December 10, 2012.]

JOHN K. DAHL, *as Executor, Respondent*, v. LEO GILLESPIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-25503-4, Dean Scott Lum, J., entered October 24, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Cox, JJ.

[No. 68238-5-I.   Division One.   December 10, 2012.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBIN O. OSLIN, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01012-5, Richard T. Okrent, J., entered January 13, 2012. *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 41343-4-II.   Division Two.   December 11, 2012.]

BERNIE DALIEN ET AL., *Appellants*, v. PUYALLUP SCHOOL DISTRICT NO. 3, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-10351-3, Brian M. Tollefson, J., entered October 15, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.